UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Candace Sergi,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.:  3:13-cv-01110-WWE |
| **Howard Lee Schiff; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. CIV. P. 41(a) within 60 days.

**Dated April 29, 2014**

 

                                                **Respectfully submitted,**

                                                **PLAINTIFF, Candace Sergi**

                                                **/s/ Sergei Lemberg**

                                                **Sergei Lemberg, Esq.**
                                                **LEMBERG LAW L.L.C.**
                                                **1100 Summer Street, 3rd Floor**
                                                **Stamford, CT 06905**
                                                **Telephone: (203) 653-2250**
                                                **Facsimile:  (203) 653-3424**
                                                **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

  I hereby certify that on April 29, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

         By  /s/ Sergei Lemberg

         **Sergei Lemberg**